IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

BESSIE KREAMALMEYER

    Plaintiff,

v.

SCOTT LOWERY LAW OFFICE, P.C.,

    Defendant.                      No. 12-cv-569-DRH-SCW

## ORDER

**HERNDON, Chief Judge:**

    Before the Court is plaintiff's notice of voluntary dismissal pursuant to FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i) (Doc. 6). Plaintiff hereby dismisses the present action with prejudice. Voluntary dismissal under Rule 41(a)(1)(A)(i) is appropriate as defendant has not yet served an answer. The Court hereby **ACKNOWLEDGES** said notice and holds that plaintiff's claims are **DISMISSED WITH PREJUDICE**.

    **IT IS SO ORDERED**.

    Signed this 2nd day of August, 2012.

Digitally signed by
David R. Herndon
Date: 2012.08.02
11:54:23 -05'00'

                                                **Chief Judge**
                                                **United States District Court**