IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

BESSIE KREAMALMEYER

    Plaintiff,

v.

SCOTT LOWERY LAW OFFICE, P.C.,

    Defendant.                               No. 12-cv-569-DRH-SCW

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on August 2, 2012, this case is **DISMISSED** with prejudice.

                              NANCY J. ROSENSTENGEL,
                              CLERK OF COURT


                              BY:      /s/*Sandy Pannier*
                                            **Deputy Clerk**

Dated: August 2, 2012

Digitally signed by David R. Herndon
Date: 2012.08.02 11:56:56 -05'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT